**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rubber Soul Brewing Company, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-1753515** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**2857 Oakwood Drive**<br>**Harrisburg, PA 17110**<br>Number, Street, City, State & ZIP Code<br>**Dauphin**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**P.O. Box 5176**<br>**Harrisburg, PA 17110**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>**1930 Northwood Drive Salisbury, MD 21801**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.rubbersoulbrewing.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 29, 2019**
MM / DD / YYYY

**X** **/s/ Frank Hrestak**
Signature of authorized representative of debtor

**Frank Hrestak**
Printed name

Title **Managing Member of Gold Water Capital Group, LLC**

**18. Signature of attorney**

**X** **/s/ Lawrence V. Young**
Signature of attorney for debtor

Date **January 29, 2019**
MM / DD / YYYY

**Lawrence V. Young 21009**
Printed name

**CGA Law Firm**
Firm name

**135 North George Street**
**York, PA 17401**
Number, Street, City, State & ZIP Code

Contact phone **717-848-4900** Email address **tlocondro@cgalaw.com**

**21009 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Rubber Soul Brewing Company, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 29, 2019**

X **/s/ Frank Hrestak**
Signature of individual signing on behalf of debtor

**Frank Hrestak**
Printed name

**Managing Member of Gold Water Capital Group, LLC**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Rubber Soul Brewing Company, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number (if known): ______________

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BSG Craft Brewing PO Box 74769 Chicago, IL 60694** | | **Ingredients** | | | | **$8,852.84** |
| **Cammac Holdings 1115 Riverside Drive Salisbury, MD 21801** | | **Past due rent and repairs** | | | | **$9,976.00** |
| **Cammac Holdings 1115 Riverside Drive Salisbury, MD 21801** | | **Real Estate Taxes** | | | | **$3,791.96** |
| **Carey Distributors 200 N. Dulany Ave Fruitland, MD 21826** | | **Contract Buy Out** | | | | **$7,074.77** |
| **Chase Card Services PO Box 1423 Charlotte, NC 28201-1423** | | **Credit Card** | | | | **$16,808.82** |
| **Chase Card Services PO Box 1423 Charlotte, NC 28201-1423** | | **Credit Card** | | | | **$9,857.44** |
| **Chesapeake Utilities PO Box 826531 Philadelphia, PA 19182** | | **Uitility** | | | | **$1,497.07** |
| **Cincinnati Insurance Company PO Box 145496 Cincinnati, OH 45250** | | **Property and Casualty** | | | | **$1,510.00** |
| **City of Salisbury 125 N. Division St. Salisbury, MD 21801** | | **Tax** | | | | **$1,168.32** |
| **Delmarva Power PO Box 2044 Wilmington, DE 19899** | | **Utility** | | | | **$1,677.04** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Rubber Soul Brewing Company, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **G&G Distributors 2543 Centreville Road Centreville, MD 21617** | | **Contract Buy Out** | | | | **$3,278.50** |
| **Keg Logistics 9360 Station St, Suite 325 Lone Tree, CO 80124** | | **Keg Leasing** | | | | **$11,436.36** |
| **Mobile Canning Systems 2120 Miller Drive Suite G Longmont, CO 80501** | | **Cans** | | | | **$4,491.39** |
| **New England Motor Freight 1-71 North Avenue East PO Box 6031 Elizabeth, NJ 07207** | | **Shipping Costs** | | | | **$2,102.10** |
| **Salisbury Wicomico Economic Development 100 E. Main Street #501 Salisbury, MD 21801** | | **Loan** | | | | **$9,575.87** |
| **Summers, McDonnel, Hudock & Rauch 707 Grant Street Gulf Tower Suite 2400 Pittsburgh, PA 15219** | | **Legal Fees** | | | | **$2,474.00** |
| **Tate Engineering PO Box 826904 Philadelphia, PA 19182** | | **Electical work** | | | | **$710.20** |
| **Wicomico Country PO Box 4036 Salisbury, MD 21803-4036** | | **Tax** | | | | **$1,057.09** |
| **Wilsbach Distributors 905 Katie Court Harrisburg, PA 17109** | | **Marketing Fees** | | | | **$7,420.91** |
| **Wyndridge Farms 885 S. Pleasant Ave Dallastown, PA 17313** | | **Contract Brewing** | | | | **$20,328.59** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rubber Soul Brewing Company, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*............ | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*............ | $ **602,269.20** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*............ | $ **602,269.20** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ | $ **247,000.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*............ | $ **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ | **+$** **181,606.63** |
| 4. **Total liabilities** ............ Lines 2 + 3a + 3b | $ **428,606.63** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rubber Soul Brewing Company, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T** | **Checking** | | **$984.74** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$984.74**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit with Keg Credit** | **$18,830.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$18,830.00**

Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **66,103.97** | - | **0.00** | = .... | **$66,103.97** |
| 11b. Over 90 days old: | **5,736.47** | - | **0.00** | =.... | **$5,736.47** |

12. **Total of Part 3.** **$71,840.44**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| **Work in Progress - see attached list** | | **$0.00** | **Wholesale** | **$14,035.00** |
| 21. **Finished goods, including goods held for resale** | | | | |
| **Finished goods - see attached list** | | **$0.00** | **Wholesale** | **$13,794.02** |
| 22. **Other inventory or supplies** | | | | |
| **Marketing supplies - see attached list** | | **$0.00** | **Liquidation** | **$7,540.00** |

23. **Total of Part 5.** **$35,369.02**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Barstools and tables** | **$0.00** | **Liquidation** | **$2,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Personal computers, Apple Square** | **$0.00** | **Liquidation** | **$300.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$2,300.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **Brewery equipment and canning equipment -see attached list** | **$0.00** | **Acquisition** | **$379,500.00** |
| **Misc. tools and equipment - see attached list** | **$0.00** | **Liquidation** | **$93,445.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$472,945.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **www.rubbersoulbrewing.com** | **$0.00** | | **Unknown** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| **Product recipes** | **$0.00** | | **Unknown** |
|---|---|---|---|

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$984.74** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$18,830.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$71,840.44** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$35,369.02** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,300.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$472,945.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$602,269.20** | **+** 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$602,269.20** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Rubber Soul Brewing Accounts Receivable**

| Account Name | Due Date | Amount | Invoice # | Notes |
|---|---|---|---|---|
| Bottle and Brew Selections | 1/9/2019 | $ 1,975.12 | 1395 | |
| Bottle and Brew Selections | 12/13/2018 | $ 1,634.75 | 1391 | |
| Bottle and Brew Selections | 10/19/2018 | $ 2,494.10 | 1365 | |
| | | | | |
| | Total | $ 6,103.97 | | |
| | | | | |
| Loto Station | N/A | $60,000 | | As partners, Rubber Soul contributed around $72,000 in cash to Loto Station for engineering drafts, project plans and actual work completedon the building. We will be get a large portion, but not all of it back. We will be receiveing our portion of physical work done on the building when they close on it. |
| | | | | |
| | | | | |
| | Grand Total | $ 66,103.97 | | |



**Frank Hrestak <frankh@rubbersoulbrewing.com>**

## Work in Progress

**Jesse Prall** <jessep@rubbersoulbrewing.com> Mon, Jan 7, 2019 at 12:39 PM
To: Frank Hrestak <frankh@rubbersoulbrewing.com>
Cc: Corey Deibler <coreyd@rubbersoulbrewing.com>

15bbls Urban = 30/2 bbl = 30 x $171.50 = $5,145.00
15bbls HW = 30/2 bbl = 30 x 133.00 = $3,990.00
10bbls Race if Truth = 20/2 bbl = 20 x 133.00 = $2660.00
10bbls Chicane Brown Ale 20/2 bbl = 20 x 112.00 = $2,240.00
[Quoted text hidden]

$14,035.00

FINISHED GOODS

| BRAND | PACKAGE Type | Package Amount | SOLD | Sell Me | LOCATION | SALES VALUE |
|---|---|---|---|---|---|---|
| Buggin out | 1/6 | 20 | 13 | 7 | Salisbury | $ 514.50 |
| Buggin out | 1/2 | 8 | 4 | 4 | Salisbury | $ 686.00 |
| Dropout | 1/6 | 73 | 60 | 13 | Wyndridge | $ 955.50 |
| Dropout | 6/4/16 | | | 0 | Wyndridge | $ - |
| Dropout | 1/2 | | | 0 | Salisbury | $ - |
| Dropout | 1/6 | 13 | | 13 | Salisbury | $ 955.50 |
| Dropout | 1/2 | | | 0 | Wyndridge | $ - |
| Dropout | 6/4/16 | | | 0 | Salisbury | $ - |
| Garage Racer | 1/2 | 34 | 26 | 8 | Wyndridge | $ 1,064.00 |
| Garage Racer | 1/6 | 49 | 41 | 8 | Wyndridge | $ 504.00 |
| Garage Racer | 6/4/16 | 346 | 190 | 106 | Wyndridge | $ 3,776.78 |
| Gravel Hill | 1/6 | 36 | 22 | 14 | Salisbury | $ 1,001.00 |
| Gravel Hill | 1/2 | 20 | 10 | 10 | Salisbury | $ 1,715.00 |
| NAAG | 4/6/12 | 285 | 219 | 66 | Wyndridge | $ 1,477.74 |
| NAAG | 1/2 | 15 | 15 | 0 | Wyndridge | $ - |
| NAAG | 1/6 | 5 | 5 | 0 | Wyndridge | $ - |
| Paceline | 1/2 | 38 | 30 | 8 | Wyndridge | $ 896.00 |
| Paceline | 1/6 | 56 | 54 | 2 | Wyndridge | $ 105.00 |
| Paceline | 6/4/16 | | | 0 | Wyndridge | |
| Paceline | 1/2 | | | 0 | Salisbury | |
| Paceline | 1/6 | | | 0 | Salisbury | |
| Paceline | 6/4/16 | | | 0 | Salisbury | |
| Pogo | 1/6 | 38 | 36 | 2 | Salisbury | $ 143.00 |
| Pogo | 1/2 | 11 | 11 | 0 | Salisbury | $ - |
| Proximity | 1/2 | | 12 | -12 | Salisbury | |
| Proximity | 1/6 | | 19 | -19 | Salisbury | |
| | | | | | Total | $ 13,794.02 |

0000001



**Portland Kettle Works**
265 N Hancock St Suite 100
Portland
OR
USA 97227

# Invoice

Invoice Date: 08/26/2015
Invoice Number : 7431920000041040062

**BILL TO:**
Rubber Soul Brewing Company
**20247 Gravel Hill Rd**
Georgetown
DE

19947

**SHIP TO:**
Rubber Soul Brewing Company
**1930 Northwood Dr**
Salisbury
MD

21801

Account Name:**Rubber Soul Brewing Company**
Due Date:

Status**Approved**
Sales Order:

| S.No. | Product Details | Qty | List Price | Total |
|---|---|---|---|---|
| 1. | 7Bbl - BH - Steam | 1 | $79,868.00 | $79,868.00 |
| 2. | 700 mBH Steam Boiler | 1 | $13,280.00 | $13,280.00 |
| 3. | Mani Pack | 1 | $5,750.00 | $5,750.00 |
| 4. | HLT/CLT Pump | 2 | $1,900.00 | $3,800.00 |
| 5. | Heat Exchanger | 1 | $4,550.00 | $4,550.00 |
| 6. | BH - Aeration | 1 | $695.00 | $695.00 |
| 7. | Integrated Grant | 1 | $4,250.00 | $4,250.00 |
| 8. | 35 Gal. Hop Back/Grant | 1 | $845.00 | $845.00 |
| 9. | BH Mixing Manifold | 1 | $2,120.00 | $2,120.00 |
| 10. | Mash Rake/Plow Assembly | 1 | $15,950.00 | $15,950.00 |
| 11. | BH Accessory Pack | 1 | $3,960.00 | $3,960.00 |
| 12. | Cold Side Description | 1 | $0.00 | $0.00 |
| 13. | 7Bbl - J&I FV | 2 | $10,995.00 | $21,990.00 |
| 14. | 15Bbl - J&I FV | 3 | $13,850.00 | $41,550.00 |
| 15. | 15Bbl - J&I BT | 1 | $13,200.00 | $13,200.00 |
| 16. | Rupture Disk | 6 | $400.00 | $2,400.00 |
| 17. | 15Bbl - CLT<br>*Recommended in hot weather climates | 1 | $13,200.00 | $13,200.00 |
| 18. | 12 - Remote Access Glycol Controls | 1 | $7,300.00 | $7,300.00 |
| 19. | GD-5H Glycol Chiller<br>Removed in change order 4320149 | 0 | $13,147.00 | $0.00 |
| 20. | PKW Mill Malt Mill | 1 | $6,500.00 | $6,500.00 |
| 21. | Flex Auger 20' Auger Allowance | 1 | $3,636.00 | $3,636.00 |
| 22. | Flex Auger add. length Auger Allowance | 0 | $60.00 | $0.00 |
| 23. | Grist Hydrator | 1 | $490.00 | $490.00 |
| 24. | 1hp Pump w/Cart | 1 | $3,170.00 | $3,170.00 |
| 25. | Logo Pack | 1 | $0.00 | $0.00 |

| S.No. | Product Details | Qty | List Price | Total |
|---|---|---|---|---|
| 26. | **Install <10Bbl** | 1 | $6,750.00 | $6,750.00 |
| 27. | **Drop Shipping**<br>Drop shipping for non-PKW items sent directly to customer (G&D Chillers Inv. 7182) | 1 | $720.00 | $720.00 |
| 28. | **Drop Shipping**<br>Drop shipping for non-PKW items sent directly to customer (Crown Boiler Inv. 269589) | 1 | $239.67 | $239.67 |
| 29. | **Change Order Change Order**<br>G&D 7H Glycol Chiller | 1 | $13,812.00 | $13,812.00 |
| 30. | **Shipping & Crating**<br>Freight and crating charges for load #1 | 1 | $6,715.00 | $6,715.00 |
| 31. | **Shipping & Crating**<br>Freight and crating charges for load #2 | 1 | $6,495.00 | $6,495.00 |

| | |
|---|---|
| Sub Total | **$283,235.67** |
| Tax | $0.00 |
| Discount | ($11,612.66) |
| Adjustments | $0.00 |
| **Total** | $271,623.01 |
| **Shipping & Crating** | $0.00 |
| **Payment(s) Received** | ($77,122.00) |
| | ($77,122.00) |
| | ($0.00) |
| **Balance** | $117,637.08 |
| **Amount Due** | $117,637.08 |

Payments for amounts over $10,000 will be as follows:
Deposit & Materials Payment - 30% of Grand Total
Mid-Production Payment - 40% of Grand Total
Final Equipment Payment - 30% of Grand Total

Send Payment to:
Portland Kettle Works
265 N. Hancock St. Suite 100
Portland, OR 97227

Make Checks Payable to:
Portland Kettle Works

Wire Transfer:
US Bank
1040 NW Lovejoy St
Portland, OR 97209
Phone: (503) 412-3420
Routing No. 123000220
Account No. 153665425366
Memo: (Your Brewery Name)



## STATEMENT OF ACCOUNT

**SOLD TO:**

Rubber Soul Brewing Co.
Attn: Jesse Prall
1930 Northwood Dr.
Salisbury, MD 21801

**STATEMENT DATE:** **03/13/17**
**DUE DATE:** **Prior to Shipping**

| DATE | DESCRIPTION | CHARGES | CREDITS | ACCOUNT BALANCE |
|---|---|---|---|---|
| 2/22/2017 | Purchase Agreement #NORQ29533<br>- LinCan35, Pack-Off Conveyor, Feed Conveyor<br>- Startup and Training (Tech Travel Not Included)<br>- Shipping/Handling TBD | $102,502.00 | | $102,502.00 |
| 3/13/2017 | Deposit Received - Wire | | (34,167.00) | $68,335.00 |
| | | | | |
| | **Total Amount Due Prior to Shipping** | | | **$68,335.00** |
| | | | | |

***THANK YOU FOR YOUR BUSINESS!***

**Please send payment to:**
Norland International, Inc. / American Beer Equipment
2001 SW 6th St.
Lincoln, NE 68522
(402) 475-2337



1930 NORTHWOOD DRIVE SALISBURY, MD 21801
RUBBERSOULBREWING.COM

| Assets | Estimated Value |
|---|---|
| | |
| | |
| Current Tanks - 3BBL & 2BBL FV / BBT | $13,000 |
| Current Brewing System - 1 BBL Brew House | $7,000 |
| Keg Washer | $4,500 |
| Walk in cooler | $13,000 |
| Electical Unit - Tapman | $15,800 |
| Chiller - Complete Systems | $9,950 |
| Miscellaneous Hardware and tools | $2,000 |
| Keg Filler | $1,500 |
| Miscellaneous Hardware and tools | $26,695 |
| | |
| | |
| **Total Asset Value** | 93,445 |

| Marketing Assets | Estimated Value | Notes |
|---|---|---|
| (2) Mini Bikes | $300 | |
| (2) Rubber Soul table cloths | $150 | |
| (62) Cases of Glasses in Storage | $1,876 | $30.25 each |
| (27) Tin Tackers | $540 | $20 each |
| (2) Jockey Boxes | $400 | |
| (1) Rubber Soul Tent | $900 | |
| (26) Tap Handles | $624 | $24.50 each |
| Mini Coinhole Boards | $150 | |
| (2) Regulators | $100 | |
| (1) Beer Trough | $150 | |
| (5000 est) Coasters | $1,000 | .20 each |
| Random apparel T-Shirts, sweatshirts | $1,300 | |
| Wooden Jockey Box Cover | $50 | |
| | | |
| **Total Asset Value** | **$7,540** | |

**Fill in this information to identify the case:**

Debtor name **Rubber Soul Brewing Company, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 First National Bank | $133,000.00 | $599,026.83 |
| 2.2 First National Bank | $44,000.00 | $599,026.83 |

**2.1 First National Bank**
Creditor's Name
**101 N. Second Street, 2nd Floor**
**Harrisburg, PA 17101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/16/2015**

**Last 4 digits of account number**
**7450**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All corporate assets**

**Describe the lien**
**Business loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 First National Bank**
Creditor's Name
**101 N. Second Street, 2nd Floor**
**Harrisburg, PA 17101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/1/2016**

**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All corporate assets**

**Describe the lien**
**Line of credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **First National Bank**
Creditor's Name
**101 N. Second Street, 2nd Floor**
**Harrisburg, PA 17101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/31/2017**
**Last 4 digits of account number**
**3575**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All corporate assets**

**Describe the lien**
**Business loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,000.00** **$599,026.83**

---

2.4 **First National Bank**
Creditor's Name
**101 N. Second Street, 2nd Floor**
**Harrisburg, PA 17101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/7/2016**
**Last 4 digits of account number**
**0935**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All corporate assets**

**Describe the lien**
**Business loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,000.00** **$599,026.83**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$247,000.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **First National Bank**<br>**Attn: Zackary F. Rahn**<br>**101 N. Second Street, 2nd Floor**<br>**Harrisburg, PA 17101** | Line **2.1** | |
| **First National Bank**<br>**Attn: Denise Aherne-Venzke**<br>**409 N. 2nd Street**<br>**Harrisburg, PA 17111** | Line **2.1** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rubber Soul Brewing Company, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**BSG Craft Brewing**
**PO Box 74769**
**Chicago, IL 60694**
**Date(s) debt was incurred** 2018
**Last 4 digits of account number** 0523

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Ingredients
Is the claim subject to offset? ■ No ☐ Yes

**$8,852.84**

3.2 **Nonpriority creditor's name and mailing address**
**Cammac Holdings**
**1115 Riverside Drive**
**Salisbury, MD 21801**
**Date(s) debt was incurred** 9/27/18 and 10/1/18
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Real Estate Taxes
Is the claim subject to offset? ■ No ☐ Yes

**$3,791.96**

3.3 **Nonpriority creditor's name and mailing address**
**Cammac Holdings**
**1115 Riverside Drive**
**Salisbury, MD 21801**
**Date(s) debt was incurred** 2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Past due rent and repairs
Is the claim subject to offset? ■ No ☐ Yes

**$9,976.00**

3.4 **Nonpriority creditor's name and mailing address**
**Carey Distributors**
**200 N. Dulany Ave**
**Fruitland, MD 21826**
**Date(s) debt was incurred** 11/1/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contract Buy Out
Is the claim subject to offset? ■ No ☐ Yes

**$7,074.77**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com 26762 Best Case Bankruptcy

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.5 | **Chase Card Services**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1569 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit Card<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,857.44** |
| 3.6 | **Chase Card Services**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 7481 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit Card<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,808.82** |
| 3.7 | **Chesapeake Utilities**<br>**PO Box 826531**<br>**Philadelphia, PA 19182**<br>**Date(s) debt was incurred** 2018<br>**Last 4 digits of account number** 1967 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Uitility<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,497.07** |
| 3.8 | **Cincinnati Insurance Company**<br>**PO Box 145496**<br>**Cincinnati, OH 45250**<br>**Date(s) debt was incurred** 12/13/2018<br>**Last 4 digits of account number** 3330 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Property and Casualty<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,510.00** |
| 3.9 | **City of Salisbury**<br>**125 N. Division St.**<br>**Salisbury, MD 21801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 8266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Tax<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,168.32** |
| 3.10 | **Corey Deibler**<br>**3 Europeana Circle**<br>**Camphill, PA 17110**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan/expense reimbursement<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,968.08** |
| 3.11 | **Delmarva Power**<br>**PO Box 2044**<br>**Wilmington, DE 19899**<br>**Date(s) debt was incurred** 2018<br>**Last 4 digits of account number** 6423 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utility<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,677.04** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.12 Nonpriority creditor's name and mailing address**
**Frank Hrestak**
**2857 Oakwood Drive**
**Harrisburg, PA 17110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,544.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.13 Nonpriority creditor's name and mailing address**
**G&G Distributors**
**2543 Centreville Road**
**Centreville, MD 21617**
**Date(s) debt was incurred** 11/1/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,278.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Contract Buy Out
Is the claim subject to offset? ■ No ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
**Keg Logistics**
**9360 Station St, Suite 325**
**Lone Tree, CO 80124**
**Date(s) debt was incurred** 2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,436.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Keg Leasing
Is the claim subject to offset? ■ No ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
**Main Street America Group**
**PO Box 2004**
**Keene, NH 03431**
**Date(s) debt was incurred** 10/31/2018
**Last 4 digits of account number** 2374

**As of the petition filing date, the claim is:** *Check all that apply.* **$325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insurance
Is the claim subject to offset? ■ No ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
**Mobile Canning Systems**
**2120 Miller Drive Suite G**
**Longmont, CO 80501**
**Date(s) debt was incurred** 12/9/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,491.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Cans
Is the claim subject to offset? ■ No ☐ Yes

**3.17 Nonpriority creditor's name and mailing address**
**New England Motor Freight**
**1-71 North Avenue East PO Box 6031**
**Elizabeth, NJ 07207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7593

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,102.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shipping Costs
Is the claim subject to offset? ■ No ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
**Roy Farms**
**41 Walters Road**
**Moxee, WA 98936**
**Date(s) debt was incurred** 10/31/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$44.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Ingredients Storage
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.19** **Nonpriority creditor's name and mailing address**
**Salisbury Wicomico Economic Development**
**100 E. Main Street #501**
**Salisbury, MD 21801**
**Date(s) debt was incurred** 4/17/2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,575.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**
**Shorecut Lawncare**
**6427 Oxbridge Drive**
**Salisbury, MD 21801**
**Date(s) debt was incurred** 01/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$337.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**
**Summers, McDonnel, Hudock & Rauch**
**707 Grant Street Gulf Tower**
**Suite 2400**
**Pittsburgh, PA 15219**
**Date(s) debt was incurred** 10/30/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,474.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal Fees
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
**Tate Engineering**
**PO Box 826904**
**Philadelphia, PA 19182**
**Date(s) debt was incurred** 12/5/2018
**Last 4 digits of account number** 3460

**As of the petition filing date, the claim is:** *Check all that apply.* **$710.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Electical work
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
**Waste Management**
**P O Box 13648**
**Philadelphia, PA 19101**
**Date(s) debt was incurred** 11/5/2018
**Last 4 digits of account number** 3009

**As of the petition filing date, the claim is:** *Check all that apply.* **$297.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waste Removal
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
**Wicomico Country**
**PO Box 4036**
**Salisbury, MD 21803-4036**
**Date(s) debt was incurred** 12/1/2018
**Last 4 digits of account number** 7154

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,057.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Tax
Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
**Wilsbach Distributors**
**905 Katie Court**
**Harrisburg, PA 17109**
**Date(s) debt was incurred** 11/15/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,420.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing Fees
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,328.59** |
|---|---|---|---|
| | **Wyndridge Farms**<br>**885 S. Pleasant Ave**<br>**Dallastown, PA 17313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **2018 - 2019** | **Basis for the claim:** **Contract Brewing** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Delmarva Power**<br>**PO Box 13609**<br>**Philadelphia, PA 10101** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **NEMF, Inc.**<br>**Attn: Terry Ecker, Manager**<br>**5302 Wheeler Road**<br>**Jordan, NY 13080** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **181,606.63** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **181,606.63** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rubber Soul Brewing Company, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of real estate at 1930 Northwood Drive, Salisbury, Maryland $2,652 per month Lease expires September 30, 2019** | **Cammac Holdings, LLC**<br>**1115 Riverside Drive**<br>**Salisbury, MD 21801** |
| State the term remaining | **9 months** | |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rubber Soul Brewing Company, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chris Camposarcone** | **225 Dunham Drive Hummelstown, PA 17036** | **First National Bank** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Chris Camposarcone** | **225 Dunham Drive Hummelstown, PA 17036** | **First National Bank** | ■ D **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Chris Camposarcone** | **225 Dunham Drive Hummelstown, PA 17036** | **First National Bank** | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Chris Camposarcone** | **225 Dunham Drive Hummelstown, PA 17036** | **First National Bank** | ■ D **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Cory Deibler** | **3 Europeana Circle Camp Hill, PA 17011** | **First National Bank** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Cory Deibler** | **3 Europeana Circle**<br>**Camp Hill, PA 17011** | **First National Bank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.7 | **Cory Deibler** | **3 Europeana Circle**<br>**Camp Hill, PA 17011** | **First National Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.8 | **Cory Deibler** | **3 Europeana Circle**<br>**Camp Hill, PA 17011** | **First National Bank** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.9 | **Frank Hrestak** | **2857 Oakwood Drive**<br>**Harrisburg, PA 17110** | **First National Bank** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.10 | **Frank Hrestak** | **2857 Oakwood Drive**<br>**Harrisburg, PA 17110** | **First National Bank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.11 | **Frank Hrestak** | **2857 Oakwood Drive**<br>**Harrisburg, PA 17110** | **First National Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.12 | **Frank Hrestak** | **2857 Oakwood Drive**<br>**Harrisburg, PA 17110** | **First National Bank** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.13 | **Goldwater Capital Group, LLC** | **2857 Oakwood Drive**<br>**Harrisburg, PA 17110** | **First National Bank** | ■ D **2.1**<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Goldwater Capital Group, LLC** | **2857 Oakwood Drive Harrisburg, PA 17110** | **First National Bank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.15 | **Goldwater Capital Group, LLC** | **2857 Oakwood Drive Harrisburg, PA 17110** | **First National Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.16 | **Goldwater Capital Group, LLC** | **2857 Oakwood Drive Harrisburg, PA 17110** | **First National Bank** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.17 | **Paul Sandri** | **160 Tulip Road Paxinos, PA 17860** | **First National Bank** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.18 | **Paul Sandri** | **160 Tulip Road Paxinos, PA 17860** | **First National Bank** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.19 | **Paul Sandri** | **160 Tulip Road Paxinos, PA 17860** | **First National Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.20 | **Paul Sandri** | **160 Tulip Road Paxinos, PA 17860** | **First National Bank** | ■ D **2.4**<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rubber Soul Brewing Company, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$209,394.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$123,473.00** |
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$144,993.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **CGA Law Firm**<br>**135 North George Street**<br>**York, PA 17401** | | **1/8/2019 ($1,000)**<br>**1/10/2019 ($6,500)** | **$7,500.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank** | **XXXX-2323** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/30/2018** | **$2,373.43** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Jamie Deibler**<br>**1821 Powder Horn Road**<br>**Middletown, PA 17057** | **7/2017 - present** |
| 26a.2. | **Marty Flannery & Associates**<br>**430 North Enola Drive**<br>**Enola, PA 17025** | **1/1/2015 - 7/1/2017** |
| 26a.3. | **Dwayne Keller, CPA**<br>**Keller Financial Group**<br>**3815 Market Street**<br>**Camp Hill, PA 17011** | **7/2017 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Jamie Deibler**<br>**1821 Powder Horn Road**<br>**Middletown, PA 17057** | **2017 - 2018** |
| 26b.2. | **Marty Flannery & Associates**<br>**430 North Enola Drive**<br>**Enola, PA 17025** | **2015 - 2017** |
| 26b.3. | **Dwayne Keller, CPA**<br>**Keller Financial Group**<br>**3815 Market Street**<br>**Camp Hill, PA 17011** | **2017 - 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Jamie Deibler**<br>**1821 Powder Horn Road**<br>**Middletown, PA 17057** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Frank Hrestak** | **1/7/2019** | **$13,794.02**<br>**Sales value** |

**Name and address of the person who has possession of inventory records**

**Frank Hrestak**
**2857 Oakwood Drive**
**Harrisburg, PA 17110**

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Goldwater Capital Group, LLC** | **2857 Oakwood Drive**<br>**Harrisburg, PA 17110** | **Managing Member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Frank Hrestak**<br>**2857 Oakwood Drive**<br>**Harrisburg, PA 17110**<br>Relationship to debtor<br>**Managing member if Gold Water Capital Group, LLC** | **$26,000** | **2018** | **Salary** |
| 30.2. | **Jesse Prall**<br>**315 Angle Ave**<br>**Steelton, PA 17113**<br>Relationship to debtor<br>**Member of Gold Water Capital Group, LLC** | **$40,395** | **2018** | **Salary** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 29, 2019**

**/s/ Frank Hrestak**
Signature of individual signing on behalf of the debtor

**Frank Hrestak**
Printed name

Position or relationship to debtor **Managing Member of Gold Water Capital Group, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Rubber Soul Brewing Company, LLC** Case No. 
Debtor(s) Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **5,783.00*** |
| Balance Due | $ | **0.00** |

*All services are being rendered at hourly rates.

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

**The Debtor has been advised that all fees are being rendered at an hourly rate. To date, the Debtor has paid the sum of $7,500.00, $1,717 of which is to pay the case filing fee. The Debtor further agrees that services noted herein will be billed at an hourly rate as set forth in the initial fee agreement between the debtor and counsel.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Any representation outside of schedule drafting and 341 representation; additional fees will be charge for plan drafting objections, confirmation, amendments, conversion to a different chapter or sale of assets.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 29, 2019**
*Date*

**/s/ Lawrence V. Young**
**Lawrence V. Young 21009**
*Signature of Attorney*
**CGA Law Firm**
**135 North George Street**
**York, PA 17401**
**717-848-4900 Fax: 717-843-9039**
**lyoung@cgalaw.com**
*Name of law firm*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Rubber Soul Brewing Company, LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Goldwater Capital Group, LLC**<br>**2857 Oakwood Drive**<br>**Harrisburg, PA 17110** | | | **Managing Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of Gold Water Capital Group, LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 29, 2019**

Signature **/s/ Frank Hrestak**
**Frank Hrestak**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re **Rubber Soul Brewing Company, LLC** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of Gold Water Capital Group, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 29, 2019**

**/s/ Frank Hrestak**
**Frank Hrestak**/**Managing Member of Gold Water Capital Group, LLC**
Signer/Title

Date: **January 29, 2019**

**/s/ Lawrence V. Young**
Signature of Attorney
**Lawrence V. Young 21009**
**CGA Law Firm**
**135 North George Street**
**York, PA 17401**
**717-848-4900 Fax: 717-843-9039**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Rubber Soul Brewing Company, LLC** Debtor(s)

Case No.

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rubber Soul Brewing Company, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Goldwater Capital Group, LLC**
**2857 Oakwood Drive**
**Harrisburg, PA 17110**

☐ None [*Check if applicable*]

**January 29, 2019**
Date

**/s/ Lawrence V. Young**
**Lawrence V. Young 21009**
Signature of Attorney or Litigant
Counsel for **Rubber Soul Brewing Company, LLC**

**CGA Law Firm**
**135 North George Street**
**York, PA 17401**
**717-848-4900 Fax:717-843-9039**
**tlocondro@cgalaw.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy